[Civil No. 1756. Filed February 25, 1920.]

[187 Pac. 568.]

EVA SHEERER BOULDIN, Appellant, v. GEORGE
W. SHEERER, in His Own Right and as Guard-
ian for PEARL SHEERER, a Minor Child,
ELLA SHEERER and ANNA HIRST, Pro-
bation Officer of Cochise County, Arizona, Ap-
pellees.

APPEAL AND ERROR—APPEAL DISMISSED IN ABSENCE OF ASSIGNMENTS OF
ERROR.—Where no assignments of error have been filed by appellant
or appear in the briefs filed, the appeal will be dismissed; the rule
being that, in the absence of any assignment of error, and none
appearing upon the face of the record, the appeal may be either
dismissed or the judgment affirmed.

APPEAL from a judgment of the Superior Court
of the County of Cochise. A. C. Lockwood, Judge.
Appeal dismissed.

Mr. R. N. French, for Appellant.

Mr. J. T. Kingsbury, for Appellees.

PER CURIAM.—No assignments of error have
been filed by appellant or appear in the briefs filed.
We have decided in a long line of cases that, in the
absence of any assignment of error, and none ap-
pearing upon the face of the record, the appeal may
be either dismissed or the judgment affirmed. *Mari-
copa County* v. *Jordan,* 7 Ariz. 4, 60 Pac. 693; *Gard-
ner* v. *Gardner,* 7 Ariz. 73, 60 Pac. 875; *Trimble et al.*
v. *Long,* 6 Ariz. 268, 56 Pac. 731; *Daggs et al.* v.
*Field,* 6 Ariz. 47, 52 Pac. 773; *Daggs et al.* v. *Hos-
kins et al.,* 5 Ariz. 236, 52 Pac. 350; *Putnam* v. *Put-
nam,* 3 Ariz. 182, 24 Pac. 320; *Wolfley* v. *Gila River
Irr. Co.,* 3 Ariz. 176, 24 Pac. 257.

The members of the bar of the state must take notice that this salutary rule will hereafter be strictly enforced.

The appeal in this case is dismissed.